Michael A. DesJardins (SBN 145970)
Eric A. Panitz (SBN 243877)
DesJardins & Panitz LLP
18000 Studebaker Road, Suite 700
Cerritos, California 90703
T: (562) 924-7800
F: (562) 924-7801
md@djplawyers.com
ep@djplawyers.com

Attorneys for Plaintiff
RONALD R. BRAXTON

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| RONALD R. BRAXTON, JR., an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LIFE CARE SERVICES, LLC, an Iowa corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: SACV09-965 CJC (MLGx)<br><br>The Honorable Cormac J. Carney<br>Courtroom: 9B<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　Counsel of record of Plaintiff, Ronald Braxton, and Defendant, Life Care Services, LLC, having executed and file a Stipulation re Dismissal without prejudice of all parties and all claims for relief, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: June 17, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　　United States District Judge